UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CONRAD MARKLE, III,

    Plaintiff,

v.                                             Case No: 3:14-cv-387-J-39JBT

CITY OF JACKSONVILLE,
JACKSONVILLE SHERIFF'S OFFICE,
and J.L. NICOLETTO,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Remand (Doc. 9) filed May 7, 2014. On May 14, 2014, Defendants filed a Joint Notice of Consent to Plaintiff's Motion for Remand (Doc. 11) and indicated they were in agreement the case should be remanded to state court.

Accordingly, after due consideration, it is

**ORDERED:**

1. Plaintiff's Motion to Remand (Doc. 9) is **GRANTED.** This matter is hereby **REMANDED** to the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, Florida.

2. The Clerk is directed to mail a certified copy of this Order to the Clerk of the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, Florida.

3. The Clerk is further directed to terminate all pending motions and deadlines and close this case.

DONE and ORDERED in Jacksonville, Florida this 15th day of May, 2014.

                                                                                  _____
                                                                                  BRIAN J. DAVIS
                                                                                  United States District Judge

mh
Copies furnished to:

Counsel of Record